**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3514

_____

Daniel L. Johnson,                                    *
                                                      *
         Appellant,                                   *
                                                      *
    v.                                                *
                                                      * Appeal from the United States
Dora B. Schriro; Michael Groose;                      * District Court for the
Jodie Jackson; Mike Kemna; Steve                      * Western District of Missouri.
Moore; Jennifer Miller; Jean Ann                      *
Johnson; William Galloway; Charles                    *       [UNPUBLISHED]
P. Karns, Lt.; Tony Kirkendoll; Lynden                *
Francis; Cynthia Prudden; Kelly                       *
Morris; Troy Steele; William Wade;                    *
Larry Johnston; Sherie Korneman,                      *
                                                      *
         Appellees.                                   *

_____

Submitted: April 21, 1998
Filed: April 27, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Daniel L. Johnson appeals the district court's[1] order dismissing his civil rights complaint without prejudice under Federal Rule of Civil Procedure 41(b) for failing to comply with the district court's order directing him to summarize his claims and clarify issues related to specific defendants. Having carefully reviewed the record and the parties' briefs, we find no abuse of discretion. See Edgington v. Missouri Dep't of Corrections, 52 F.3d 777, 779-80 (8th Cir. 1995). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.